UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:07-CR-0051-RLH-PAL |
| vs. | ) | **O R D E R** |
| CONNIE S. FARRIS, | ) | |
| Defendant. | ) | |

   Before the Court is an Order and Findings and Recommendation (## 51 and 53[1]) entered by the Honorable United States Magistrate Judge Peggy A. Leen, regarding Defendant's Motions to File Additional Pleadings (#27); for a Bill of Particulars (#28); for Disclosure of Government Proffer Information (#29); to Dismiss (#30); and for a Hearing on the Motion to Dismiss (#44). The Order also addresses the Government's Motion to Strike (#37).

   Defendant filed her Objection to Judge Leen's Order and Report of Findings and Recommendation (#55) in accordance with Local Rule IB 3-1 and 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Government filed a Response (#57) to the Objection, and this matter was referred for consideration.

   The Court has conducted a *de novo* review of the record in this case in accordance

---

[1] Document #53 is an Errata to Order #51 properly identifying a portion of the document as an order and part as a recommendation.

1

with 28 U.S.C. §636(b)(1)(A), (B), and (C) and Local Rules IB 3-1 and 3-2 and determines that the Order of Magistrate Judge Leen is not clearly erroneous or contrary to law and should be affirmed. The Court further finds and determines that the Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Order and Findings and Recommendation (## 51 and 53) are AFFIRMED and ADOPTED; Defendants's Objection (#55) are overruled and denied, and Defendant's Motions to File Additional Pleadings (#27); for a Bill of Particulars (#28); for Disclosure of Government Proffer Information (#29); to Dismiss (#30); and for a Hearing on the Motion to Dismiss (#44), the Government's Motion to Strike (#37) are all DENIED.

Dated: August 14, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**