# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No. 2:07-cr-0051-RLH-PAL |
| ) vs. ) | **O R D E R** |
| ) | (Motion to Correct Sentence–#224) |
| CONNIE FARRIS, ) | |
| ) Defendant. ) | |

    Before the Court is the Government's **Motion to Correct Defendant's Sentence** (#224, filed March 22, 2011). Defendant filed a Response (#225) on March 30, 2011.

    The motion is brought pursuant to Fed. R. Crim. P. 36 to correct a clerical error in the calculation of the restitution ordered to be paid by Defendant Farris. Farris was sentenced on March 18, 2011, and ordered to pay restitution in the amount of $31,651,640.29. However, the restitution figures provided by the Receiver, for which Farris is responsible, actually total $32,773,967.48. The error is one of calculation.

    Defendant Farris's Response argues that the Government should have filed an objection to the Presentence Report, which contained the incorrect number, rather than seeking a correction under Rule 36. She objects to any restitution order.

    However, the Government's oversight of the discrepancy of the clerical error justifies this motion to correct pursuant to Rule 36, and the motion will be granted.

Dated: April 12, 2011.

_____
Roger L. Hunt
Chief United States District Judge