# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellant, ) | 2:07-cr-051-RLH-PAL |
| ) | |
| vs. ) | USCA No. 11-10186 |
| ) | |
| CONNIE FARRIS, ) | |
| ) | |
| Defendant-Appellee. ) | **ORDER** |

Pursuant to the order of the United States Court of Appeals for the Ninth Circuit in the above referenced case, Todd M. Leventhal's motion to be relieved as counsel was granted, and new counsel was ordered appointed (#249).

IT IS HEREBY ORDERED that **Beau Sterling, Esq.** (228 S. 4th Street, 1st Floor, Las Vegas, NV 89101, phone number 702-583-3333) is appointed as counsel to represent defendant-appellee **Connie Farris**.

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

DATED this 8th day of November, 2011.

Nunc Pro Tunc: November 7, 2011.

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE