August 18, 2012          2:07CR0051          2012 SEP 24  P 1:03

Mr. Mario D. Valencia, Attorney
1055 Whitney Ranch Drive, Ste. 220
Henderson, NV  89014

Re:  United States v. Farris  - C.A. No. 11-10186
     Connie S. Farris #41922-048 Federal Correctional Institution
     5701 8th St. - Camp Parks - Dublin, CA 94568

Dear Mr. Valencia:

   I received your letter dated August 30. 2012 along with the
1st week trial transcript certified as transcribed on 7/8/2011,
almost a year ago.

   I have not received your motion removing yourself as my attorney.
You have made it perfectly clear that you do not believe that I have
had my rights violated.  Your expressions that I am wasting your
time and how "valuable" your time is tells me that your just too
expensive for someone like me.

   I have a right to proper counsel during trial, sentencing, appeal,
and you are not the person.  I am demanding that you file a motion to
withdraw as my attorney and forward a copy of that motion to me.

   Please have enough respect to respond to my demand.


Respectfully,

Connie S. Farris

cc:  Ninth Circuit of Appeals
     Nevada District Court

Federal Correctional Institution
Connie S. Farris
#41922-048
Unit C
5701 8th Street Camp Parks
Dublin, CA 94568

OAKLAND CA 945
21 SEP 2012 PM 4 L

41922-048
Us Court District Clerk
333 LAS Vegas BLVD N
LAS Vegas, NV 89101
United States