# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff-Appellee, | ) | 2:07-cr-051-RLH |
| vs. | ) | USCA No. 11-10186 |
| CONNIE FARRIS, | ) | |
| Defendant-Appellant. | ) | **ORDER** |

Pursuant to the order of the United States Court of Appeals for the Ninth Circuit in the above referenced case, the defendant-appellant's motion to withdraw the motion for self-representation and request for appointment of new counsel was granted. New counsel was ordered appointed (#287). Therefore;

IT IS HEREBY ORDERED that William H. Gamage, Esq. (5580 S. Ft. Apache, Suite 110, Las Vegas, NV 89148, phone number 702-386-9529) is appointed as counsel to represent defendant-appellant Connie Farris.

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

DATED this 17th day of April, 2013.

Nunc Pro Tunc Date: April 16, 2013.

_____
ROGER L. HUNT
United States District Judge