UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 20 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 11-10186 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:07-cr-00051-RLH-PAL-1 |
| v. | U.S. District Court for Nevada, Las Vegas |
| CONNIE FARRIS, | **MANDATE** |
| Defendant - Appellant. | |

The judgment of this Court, entered October 09, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk