William H. Gamage, Esq.
Nevada Bar No. 9024
GAMAGE & GAMAGE
5580 South Fort Apache Street, Suite 110
Las Vegas, Nevada  89148
PH: (702) 386-9529
FX: (702) 382-9529
*Attorney for Defendant Connie Farris*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.:   2:07-cr-00051-RLH-PAL-1 |
| Plaintiff, | **DEFENDANT CONNIE FARRIS' EMERGENCY MOTION TO EXTEND BRIEFING AND RESENTENCING (FIRST REQUEST)** |
| vs. | |
| CONNIE FARRIS | |
| Defendant. | |

**COMES NOW**, Defendant CONNIE FARRIS (hereinafter "FARRIS") by and through CJA appointed counsel of record William H. Gamage, Esq. of Gamage & Gamage and hereby files DEFENDANT CONNIE FARRIS' EMERGENCY MOTION TO EXTEND BRIEFING AND RESENTENCING (FIRST REQUEST) in the above titled matter. The following is offered in support of this request for a 30 day extension of time to file Defendant Farris' response to the government brief and to appropriately reset the final resentencing hearing on a date and time convenient to the court after Defendant's extended response date:

1. On or about March 23, 2015, the Court ordered the Government to file a more specific showing of support for the restitution request being made pursuant to the resentencing in this matter. The Court ordered the Government to file their brief on or before March 30, 2015, ordered the defendant to file their response on or before April 6, 2015, with a hearing set for April 16, 2015 to complete the sentencing.

2. On or about March 27, 2015, counsel began the process of setting a conference call with FARRIS by leaving a message for Counselor Barahona at Dublin FCI.

1

3. On or about March 30, 2015, the Government timely filed their brief in support of their restitution request.

4. After receiving no call back, on or about March 31, 2015, staff called and spoke to Counselor Barahona who stated that she was in a meeting and would call back. Counselor Barahona did not call back that day.

5. On or about April 1, 2015, staff called Counselor Barahona and left a message for her on her voicemail.

6. On or about April 1, 2015, Counsel emailed a copy of the Government's brief to FARRIS' husband pursuant to her.

7. On or about April 2, 2015, Counselor Barahona called back and stated that she could not complete the conference call until we emailed her correspondence on letterhead requesting the conference call. Counselor Barahona would only do the call on April 5, 2015 (Easter Sunday) due to her scheduled days off. Counsel set the call for 10 am on Easter Sunday.

8. On or about April 5, 2015 at 10 am, Counsel called the prison and was told by the duty desk that the schedule showed Counselor Barahona was not on duty that day. After requesting that they confirm she was not on the premises, prison staff attempted to radio her and she did not respond.

9. At approximately noon that same day, counsel received a Corrlinks email notification pop-up from FARRIS on his phone indicating that the prison operations center made a mistake and that Counselor Barahona was available for the call. Counsel called Counselor Barahona who stated that Counsel could only talk with FARRIS for 15 to 30 minutes because her shift was ending.

10. Counsel spoke to FARRIS and explained the Government's position along with how Counsel had prepared to address those arguments by the Government. FARRIS advised

Counsel to mail her a copy of the Government's brief and insisted that Counsel seek an extension so that she can participate in the response to the Government's restitution request.

11. FARRIS has waived her physical appearance at the resentencing hearing; choosing to appear telephonically due to her health. FARRIS is in custody of the Bureau of Prisons at the Dublin FCI Satellite Camp with an expected release date of December 26, 2021.

12. Counsel requests this extension of time in order to properly communicate with his client and not for purposes of prejudicing any party or to unduly delay this proceeding.

13. Counsel submits that as FARRIS is in custody this request is not unreasonable in order to insure that FARRIS is properly informed of the proceedings regarding her sentencing so that she can have input. Further, as the above justification demonstrates, communicating with clients through Bureau of Prisons personnel can be an extended process.

14. Based upon the above and foregoing, Counsel asks that Defendant's date to file a response be extended until May 4, 2015 and that the Court reschedule the resentencing hearing to a date and time convenient to the Court after that extended date.

15. The above and foregoing is submitted to the Court in the form of a Declaration as the statements are made under penalty of perjury under the laws of the State of Nevada and the United States of America.

DATED THIS 6th day of April, 2015.

**GAMAGE & GAMAGE**

**/s/ William H Gamage, Esq.**

William H. Gamage, Esq.
Nevada Bar No. 9024
5580 South Fort Apache Street, Suite 110
Las Vegas, Nevada  89148
*Attorney for Defendant Connie Farris*

IT IS SO ORDERED THIS __8th__ day of ____April____, 2015, that the deadline for Defendant Farris to file a responding brief is the __8th__, day of ____May____, 2015 and that the Resentencing Hearing is now set for the __19th__, day of ____May____, 2015 at __9__ : __00__ _a m.

_____
UNITED STATES DISTRICT JUDGE
April 8, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2015, the above and foregoing DEFENDANT CONNIE FARRIS' EMERGENCY MOTION TO EXTEND BRIEFING AND RESENTENCING (FIRST REQUEST) was served via the Court's electronic filing system on all counsel registered to this case.

/S/ William H. Gamage
_____
EMPLOYEE OF GAMAGE & GAMAGE

4