**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:07-CR-00051-RLH-PAL |
| vs. | ) | **O R D E R** |
| CONNIE FARRIS, | ) | (Motion Pursuant to 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence By A Person in Federal Custody–#349) |
| Defendant. | ) | |

Before the Court is Defendant's **Motion Pursuant to 28 U.S.C. §2255 To Vacate, Set Aside or Correct Sentence By A Person in Federal Custody** (#249, filed June 6, 2016) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion Pursuant to 28 U.S.C. §2255 To Vacate, Set Aside or Correct Sentence By A Person in Federal Custody** (#349) is hereby REFERRED to the UNITED STATES ATTORNEY for a response <u>within forty-five (45) days of the entry</u> this Order.  Defendant <u>will then have fifteen (15) days thereafter</u> to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: June 8, 2016.

_____
**Roger L. Hunt
United States District Judge**