# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE S. FARRIS,<br><br>Defendant. | Case No. 2:07-cr-00051-APG-PAL<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT CRIMINAL CONVICTION AND SENTNCE PURSUANT TO 28 U.S.C. § 2255** |

Defendant Connie Farris has filed a motion under 28 U.S.C. § 2255 seeking to set aside her conviction and sentence. ECF No. 365. The United States shall file a response to the motion, if it has any, no later than March 19, 2018. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 16th day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE