# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE S. FARRIS,<br><br>Defendant. | Case No. 2:07-cr-00051-APG-PAL<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT CRIMINAL CONVICTION AND SENTNCE PURSUANT TO 28 U.S.C. § 2255**<br><br>(ECF No. 368) |

The Government filed a request for a 30-day extension to respond to defendant Connie Farris' motion under 28 U.S.C. § 2255 seeking to set aside her conviction and sentence.

IT IS HEREBY ORDERED that the motion **(ECF No. 368) is GRANTED**. The Government shall file its response to the Ms. Farris's motion (ECF No. 365) by April 18, 2018. Ms. Farris may file a reply in support of her motion within 30 days after the Government files its response.

DATED this 27th day of February, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE