# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00051-APG-PAL |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE REPLY** |
| CONNIE S. FARRIS, | (ECF No. 371) |
| Defendant. | |

Defendant Connie Farris's motion to extend the deadline for her to file her reply **(ECF No. 371) is GRANTED.** Farris's reply is due by June 17, 2018.

DATED this 1st day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE