# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Connie S. Farris

              Petitioner,

v.

United States of America

              Respondent.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00284-APG

(Criminal Case Number: 2:07-cr-00051-APG-PAL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence is DENIED.

FURTHER ORDERED that petitioner is denied a certificate of appealability.

October 16, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk