# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-cr-00051-APG-PAL |
| Plaintiff | **Order Denying Motion to Reduce Sentence** |
| v. | [ECF No. 383] |
| CONNIE FARRIS, | |
| Defendant | |

Defendant Connie Farris moves to reduce her sentence to time served based on family circumstances. ECF No. 383. As described by Ms. Farris, her husband's current medical condition is tragic. But many of Ms. Farris's victims suffered, and continue to suffer, tragic consequences as a result of Ms. Farris's illegal acts. Judge Hunt summarized the victim impact statements at the sentencing hearing, describing how victims lost their entire savings and now have depression and very real fears about their future and how to address their own health issues on limited funds. *See* ECF No. 384 at 25-27. To the extent Ms. Farris is now experiencing some of their suffering, perhaps that is in some sense justice.

During the life of this case, Ms. Farris made several unsubstantiated (and some inaccurate) representations about her medical condition, which contributed to the significant delay in the trial of this case. *See Id.* at 47; ECF No. 233. While that is not, of itself, reason to deny the motion (and no doubt the Government contributed to some of the delay), it is worth noting how Ms. Farris seemed to game the system at times over the years to delay serving her sentence. Had those delays not occurred, she apparently would be close to finishing her custodial sentence.

Judge Hunt was aware of Ms. Farris's husband's declining medical condition when he imposed sentence. *See* ECF Nos. 221 at 4, 248 at 43. While Mr. Farris's health no doubt has declined since then, I do not feel it is sufficient justification for further reducing the below-guideline sentence that Judge Hunt imposed. I deny Ms. Farris's motion.

IT IS THEREFORE ORDERED that Ms. Farris's motion to reduce her sentence **(ECF No. 383) is DENIED.**

DATED this 11th day of September, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE