UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CONNIE S. FARRIS,<br><br>Defendant. | 2:07-cr-00051-APG-PAL<br><br>**CLARIFICATION ORDER** |

The matter before the court is to clarify the order of restitution previously entered as part of the Third Amended Judgment in a Criminal Case on September 9, 2015. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to Adelheid Heidi Dixon in place of Estella & Ronald Dixon. Total amount of the original restitution ordered for Estella & Ronald Dixon was $18,237.73. All unpaid restitution for Estella & Ronald Dixon will be paid to Adelheid Heidi Dixon.

Dated this 1st day of May, 2023.

Andrew P. Gordon, District Judge
United States District Court